IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

MID-MISSOURI SPRAY SERVICE, INC.                                    PLAINTIFF

v.                              No. 2:13-cv-150-DPM

SOUTH DELTA AVIATION, INC.                                          DEFENDANT

ORDER

The Court regrets that it can't keep the 9 March 2015 trial setting. There's a pair of older related cases that have priority. Trial is therefore continued to 13 July 2015. This is a second-out setting. All the pre-trial filings are done, which the Court appreciates. We'll have a hearing on a mutually convenient date between now and trial to handle the motion in limine and instructional issues.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

27 February 2015