IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

MID-MISSOURI SPRAY SERVICE, INC.                    PLAINTIFF

v.                     No. 2:13-cv-150-DPM

SOUTH DELTA AVIATION, INC.                           DEFENDANT

ORDER

Discovery is reopened, at Mid-Missouri's request, until 17 April 2015. South Delta's motion, № 23, to file a dispositive motion, now that trial is delayed until summer, is granted. Motion due by 1 May 2015. The Court requests that both parties follow the motion/response procedures for summary judgment in the Scheduling Order, № 7 at 3-4.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 March 2015