# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

MID-MISSOURI SPRAY SERVICE, INC.                                    PLAINTIFF

v.                              No. 2:13-cv-150-DPM

SOUTH DELTA AVIATION, INC.                                          DEFENDANT

## JUDGMENT

Mid-Missouri Spray Services, Inc.'s complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 June 2015